AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2018 OCT 30  PM 3:17

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ELVIS DAVILA | ) | Case No. 18-1674 (SCC) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 24, 2018__ in the county of _____ in the
_____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(e) | Explosive Materials—Willfully Making a Threat |

This criminal complaint is based on these facts:
See AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT, incorporated herein by reference

☑ Continued on the attached sheet.

_____
Complainant's signature

Ricardo Arocho, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10·30·2018

_____
Judge's signature

City and state: San Juan, Puerto Rico   Silvia Carreño-Coll, United States Magistrate Judge
Printed name and title

Reviewed by AUSA Nyanuy Sernudy-Seyal