**AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT**

I, Ricardo Arocho, having been duly sworn, state the following:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") assigned to the San Juan Division, West Resident Agency. I have been an SA since 2006. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offences enumerated in Title 18, United States Code, Section 2516. I have completed FBI training at the FBI Academy in Quantico, Virginia. During my employment with the FBI, I have received training and have gained experience in the investigation of criminal drug trafficking, violent criminal enterprises, gangs, fraudulent activities, and conducting threat assessments.

2. This affidavit is submitted in support of a criminal complaint charging ELVIS DAVILA (hereinafter "DAVILA") with violation of Title 18, United States Code, Section 844(e) (Explosive Materials—Willfully Making a Threat).

3. My knowledge of the facts and circumstances contained within this affidavit is based on my personal participation in this investigation and reports (verbal and written) made to me by other law enforcement officers. This affidavit does not contain all of the information I know about the investigation, but is simply for the purpose of establishing probable cause to obtain an arrest warrant for the referenced offense.

**FACTS AND CIRCUMSTANCES**

4. On June 07, 2018, Elvis Davila, hereinafter refer to as "DAVILA", moved to Barrio Rosario Peñón, Sector La Sierra, Carretera 348, Kilometro 14 Interior, San German, Puerto Rico 00683, from New Jersey. DAVILA had been linked by law enforcement as the user of Gmail account **coldfirehotstars@gmail.com**. Subpoena results provided by Google revealed that email

account **coldfirehotstars@gmail.com** had Plasmadice2@gmail.com as the recovery email address. The FBI, as a result of its investigation, is aware that two of DAVILA's email addresses was Plasmadice2@gmail.com and **coldfirehotstars@gmail.com**.

5. On September 24, 2018, using his Gmail account **coldfirehotstars@gmail.com**, DAVILA sent a message to hmcmedia@marxlayne.com, that is, Marx Layne Public Relations Firm in Detroit, Michigan. In the email, DAVILA makes several assertions, including but not limited to: "BOMB TWITTER! KILL EVERYBODY! WHO WORKS AT TWITTER! BOMB THE TWITTER HEADQUARTERS! BOMB! DECAPITATE! MAIME! MURDER! KILL! TWITTER EMPLOYEES!".

6. On September 27, 2018, using his Gmail account **coldfirehotstars@gmail.com**, DAVILA sent an email to the Maryland Aviation Administration at mannoiseabatement@bwiairport.com, wherein he makes several assertions, including but not limited to: (a) "BOMB! ALL! THE MOSQUES! …"; (b) "BOMB FACEBOOK! BOMB INSTAGRAM! BOMB TWITTER! …"; (c) "BOMB! "ALL" "SHOPPING MALLS"! WHERE NAZI! SELL PRODUCTS MADE FROM SLAVE LABOR!"; and (D) "DON'T STOP! BOMBING THE UNITED STATES!".

7. On September 27, 2018, using his Gmail account **coldfirehotstars@gmail.com**, DAVILA sent an email to the Milwaukee Jewish Day School email to hello@mjds.org, wherein he makes several assertions, including assertions similar to the content of the electronic message described above in paragraph 6, as well as other statements, including but not limited to: (a) "IT'S THE BOMB! SUICIDE BOMB ATTACK! ON ISRAEL! I GOD! WILL! BURN! ALL! "YOU"! JEWS! WITH FIRE!...". The "Subject" portion of the message included the following language: "IT'S THE BOMB! I! GOD! AM! GOING! TO! MUTILATE! DRUG! RAPE! BOMB! KILL!

MURDER! MAIME! DECAPITATE! USE CHEMICAL WEAPONS ON! SODOMIZE! "YOU"! FUCKING! JEWS!"

8. On September 27, 2018, DAVILA accessed the FBI Public Access Line Unit (PAL) via tips.fbi.gov at approximatively 6:20pm to submit an electronic complaint in which he called for death to all black people. As part of the PAL procedure to submit a complaint, the complainant has to provide his or her contact information. DAVILA provided the name Elvis Davila, telephone number 787-201-4645, address Sector La Cierra Carretera 348 Km 14, San German, Puerto Rico, and email address **coldfirehotstars@gmail.com.**

9. The address provided in the FBI PAL record was the same provided by a Source of Information (SOI) on June 21, 2018 when interviewed by the FBI in regards to DAVILA's whereabouts. On October 24, 2018, officers of the FBI West Resident Agency conducted surveillance in San German and confirmed with the SOI the location of the residence.

**CONCLUSION**

10. Based on my training and experience and the facts set forth in this affidavit, I submit that there is probable cause to believe that DAVILA used his email which is an instrument of interstate commerce to willfully make threats to kill, injure, intimidate and damage property by means of explosives, which constitute a violation of Title 18, United States Code, Section 844(e) (Explosive Materials—Willfully Making a Threat).

_____
Ricardo Arocho, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this ___ day of October, 2018.

_____
Magistrate Judge Silvia Carreño-Coll
United States Magistrate Judge